# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALO DIEZ-GUZMAN,<br><br>    Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Defendant Gonzalo Diez-Guzman's Request for Instructions to Correct and/or Modify Defendant's Name to Reflect His Actual Name of Birth (#193) is DENIED.

DATED this __9__ day of April, 2014.

_____
Lloyd D. George
United States District Judge