# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALO DIEZ-GUZMAN,<br><br>    Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Motion of Federal Public Defender to Withdraw as Counsel of Record (#199) is GRANTED.

DATED this 30 day of April, 2015.

_____
Lloyd D. George
United States District Judge