UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALO DIEZ-GUZMAN,<br><br>    Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br><br>**ORDER** |

The defendant, Gonzalo Diez-Guzman, has moved for a reduction of sentence (#202) pursuant to 18 U.S.C. §3852(c)(2). A review of the docket establishes that the Court sentenced the defendant to a minimum statutory sentence of 240 months. Accordingly, the defendant is not eligible for a reduction of sentence. Accordingly,

THE COURT **ORDERS** that the defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (#202) is DENIED.

DATED this 9 day of October, 2015.

_____
Lloyd D. George
United States District Judge