1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**
9
10   UNITED STATES OF AMERICA,
11          Plaintiff,                    Case No. 2:01-cr-00206-LDG (PAL)
12   v.                                   **ORDER**
13   GONZALO DIEZ-GUZMAN,
14          Defendant.
15
16          For good cause shown,
17          THE COURT **ORDERS** that Defendant Gonzalo Diez-Guzman's Motion for
18   Reconsideration (ECF No. 204) is DENIED.
19
20
21   DATED this _____ day of October, 2017.
22                                                    _____
23                                                    Lloyd D. George
                                                     United States District Judge
24
25
26