# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>GONZALO DIEZ-GUZMAN,<br><br>　　Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br><br>**ORDER** |

　　The defendant, Gonzalo Diez-Guzman, has filed a second motion for a reduction of sentence pursuant to 18 U.S.C. § 3852(c)(2) (ECF No. 206). The Court denied the prior motion because the defendant is not eligible for a reduction of sentence. For the same reason, the Court will deny the present motion. Accordingly,

　　THE COURT **ORDERS** that the defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (ECF No. 206) is DENIED.

DATED this 12 day of April, 2018.

_____
Lloyd D. George
United States District Judge